THE PEOPLE *v.* RAMOS (*a*) SAPI.

APPEAL from the District Court of Ponce.

No. 6.—Decided April 6, 1905.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MANIFEST ERRORS.—
There being no bill of exceptions or statement of facts and it not appearing
from the record that any error whatever has been committed which would
justify a reversal of the judgment, the same must be affirmed.

The facts are stated in the opinion.

*Mr. Casalduc,* for appellant.

*Mr. Rossy, Fiscal,* for The People.

MR. JUSTICE FIGUERAS delivered the following opinion of
the court:

In this case there is no bill of exceptions nor any statement
of facts. On the 20th day of September, 1904, insular police-
man José G. Vázquez filed before the Municipal Court of
Ponce a complaint duly sworn to against Arturo Ramos (*a*)
Sapí for disturbing the peace, and the defendant was sen-
tenced to sixty days in jail with costs, in accordance no doubt
with section 368 of the Penal Code. The defendant appealed
to the District Court of Ponce. He pleaded not guilty and
was tried on October 29, 1904; the judgment appealed from
was affirmed, and he was sentenced to the said term of sixty
days, which he was to serve in the jail of Ponce, and to the
payment of costs.

The defendant took an appeal from this judgment to this
Supreme Court by virtue of the right granted him by the act
providing for appeals in criminal cases, approved May 28,
1904. The appellant was not represented by counsel. There
is nothing in the record tending to show that he has been
deprived of any right to which every defendant is entitled
under the law, nor is there any ground for a reversal of the

judgment, and therefore the same should be affirmed, with costs against the appellant.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández and Mac-Leary concurred.

Mr. Justice Wolf did not sit at the hearing in this case.